UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANEY FARMER | CIVIL ACTION |
| VERSUS | NO. 19-1572 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to: 12-968 BELO
in MDL 10-2179

## **ORDER**

Before the Court is a Report and Recommendation by the Magistrate Judge (Rec. Doc. 8), which recommends that BP's Motion to Dismiss (Rec. Doc. 5) be denied. The Court, having considered the record, the applicable law, the Report and Recommendation, and the failure of any party to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that BP's Motion to Dismiss Plaintiff's Complaint (Rec. Doc. 5) is **DENIED**.

New Orleans, Louisiana, this 25th day of April, 2019.

_____
United States District Judge